UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERETT HUNTER, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-02002-TLN-SCR<br><br>**ORDER** |

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") filed a Motion for Default Judgment (ECF No. 23) on April 17, 2024.  The motion was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On December 12, 2024 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  (ECF No. 30.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 12, 2024 (ECF No. 30), are ADOPTED IN FULL;

1

2. Plaintiff's Motion for Default Judgment (ECF No. 23) is GRANTED, with reductions as to the total damages sought;

3. Judgment is entered in favor of Plaintiff and against Defendants in the sum of $4,500, as follows:

    a. $1,250.00 in damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

    b. $2,000.00 in damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and

    c. $1,250.00 in damages for Plaintiff's state tort claim for conversion; and

4. Plaintiff is ordered to submit any motion for attorneys' fees and costs within fourteen (14) days from the date of entry of judgment.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2