UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | No. 2:22-cv-2002-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| EVERETT HUNTER, et al., | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rules 293 and 302(a).

On May 15, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 36.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2025, are adopted in full.

2. Plaintiff's motion for attorney fees and costs (ECF No. 33) is GRANTED IN PART, with reductions as to the amount of fees and costs sought; and

     3. Plaintiff is awarded $8,250 in attorney fees and $894.55 in costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

     IT IS SO ORDERED.

**Date: June 17, 2025**

```
                              _____
                              TROY L. NUNLEY
                              CHIEF UNITED STATES DISTRICT JUDGE
```

2